UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TYRONE NIXON,

                Plaintiff,

-against-

STORAGE DELUXE MANAGEMENT COMP,

                Defendant.

-------------------------------------------------------X

**ORDER**
**09 CV 3498 (JBW)(LB)**

**BLOOM, United States Magistrate Judge:**

On October 13, 2009, plaintiff filed a motion to compel discovery "based on the evidence [he has] submitted." See docket entry 11. Plaintiff's motion is denied. Defendant has filed a motion to dismiss in lieu of an answer. See docket entry 6. The Court hereby stays all discovery until defendant's motion is decided. The parties will be notified when the Court decides the motion to dismiss.

SO ORDERED.

                                                  /S/
                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated: October 28, 2009
       Brooklyn, New York