UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tyrone nixon
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

☐ ORIGINAL

09 Civ. 3498 (JBW) (LB)

- against -

NOTICE OF MOTION

Storage Deluxe management Comp.
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Judgement for relief motion for *(name)*

affirmed on October 13, 2009, and upon the exhibits attached thereto *(delete if no exhibits)*, ~~the accompanying Memorandum of Law in support of this motion~~ *(delete if there is no Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before

*(circle one)*

the Honorable Jack B. Weinstein United States District/Magistrate Judge, for an order

*(Judge's name)*                                        *(circle one)*

pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the Judge to order):* Judgement for Ten million dollars base on The Facts

_____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Brooklyn, NY
       *(city)*    *(state)*
October 13, 2009
*(month)* *(day)* *(year)*

Signature: Tyrone N/
Address: 538 Rockaway ave #2
         Brooklyn New York 11212
Telephone Number: 718-456-0825
Fax Number *(if you have one)* _____

The application is
SO ORDERED.

/Signed by Judge Bloom/
Lois Bloom, U.S.M.J.
Dated: 1/7/10
Brooklyn, New York

☐ granted.
☑ denied. as premature. The Court shall hold the initial conference in this case on 2/11/10 at 10:00 a.m. in Courtroom 11A. Plaintiff should review the Pro Se Manual (the blue book sent to him by the Court) to prepare himself for the initial conference.

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Tyrone nixon_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

☐ ORIGINAL

_09_ Civ. _3498_ _(JBW)_ _(LB)_

- against -

_Storage Deluxe management Comp_

**AFFIRMATION IN SUPPORT OF MOTION**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, _Tyrone nixon_, affirm under penalty of perjury that:
(name)

1. I, _Tyrone nixon_, am the plaintiff/defendant in the above entitled action,
(name)                        (circle one)  _Motion for_
and respectfully move this Court to issue an order _of Jurdge for Relief_.
(state what you want the Judge to order)

2. The reason why I am entitled to the relief I seek is the following (state all your reasons using additional paragraphs and sheets of paper as necessary): _____

_____

_____

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _October_, _NY_
       (city)     (state)
_October_ _13_, 20_09_
(month)   (day)   (year)

Signature _Tyrone N_
Address _1638 Rockaway ave #2_
_Brooklyn newyork 11212_
Telephone Number _718 436 0825_
Fax Number (if you have one) _____

Rev. 05/2007

As an american I have rights. The defendant violated my rights, violateing me in way that has changed me for ever. I can never by the same after being violated in such an hateful way. The defendant stole something from me which I can never get back.

My belief that hard work will get you somewhere crippleing me for the world, destroying my faith in people. Forceing me to feel hate, and knowing the true meaning of the word. Causeing to hate the defendant for the acts the defendant whom I once loved performed against me and my fam causeing my sanity to fluctuate in way which force me to question if i could be considered sane anymore.

My days are fulled with self loathing for being unable to provide for my family. Rageing with vengence for the defendant who plays with my life as if i was not a real person. Fighting the urge for retrobution, to point antiscipatia turns to longing. Knowing the defendant feel no remorse for me and my family.

My night are restless nights, plague by the thought of the day, playing out in my dreams. Nightmares of my family leaveing and enither man provideing for them since I can't. I stay up at night as long as i can to avoid dreaming.

②

Leave ing me moody and tired. I try to force myself to sleep to stop thinking of how will we get By

the defendant prolongs my suffering by denieing my unemployment, liying to the Unemployment agnecy. Showing Just How malicous the defendant is and lack of repect for authority or to bacis human decency.

I Loss my Car. The Car i worked so hard to save for. The Car that was the transportation for my family. leaveing us no other choose other than puBlic transportation. Putting an hour on the trip to take my six year old daughter to school in the morning. Force her to get up an hour ealrier.

Me and my girlfriend of 13 years decide to get married. since i could afford to save for a wedding in light of my promotion, and have a have a new baby. The one my daughter had Been Begging for.

The defendant de moted me three days Before Thanksgiven. Which Show Just how Heartless the defendant are. Three weeks later my fianceë in tear tell me she's pregenant and thing about an abontion of the baby we so happily plan for.

(2)

I can't express how this made me feel in works. Strongly oppose abortion this was not an option for me. We had a 5lb 10 ounces on August 29 2009. Wondering where pamper are going to come from causes me daily sadness. I fight the tears because I refuse to give the defendant anymore. Car fare to get my daughter to school is a daily struggle, limiting my search for employment to the local area, where employment opportunities are limited

Since the acts by the defendant took place patchs have form in my hair and doesn't grow anymore. I cannot afford to go to the doctor and I loss my medical coverage when my job was taken away from me.

The defendant has not only effect my life but the lifes of my children and the way we live. I say the relief should do the same. The relief should replace everything loss. No matter how priceless. The defendant has fored me to put a price on the priceless. Relief from the defendant acts of hate. The defendant has change the my life and the lives of everyone in my family. I ask that this court the defendant it again

(4)

I the plain move this Court before The Honorable Jack B. Weinstein, District Judge, Eastern District of New York at the Court house thereof, 225 Cadman plaza, East Brooklyn, New york 11201 on a Date and time to be designate by the Court. to order, the defendant to pay Ten million to grant relief. Ten million will change my life and the lives of my famliy Circumventing the effect of the defendant acts.

I the plaintiff prays that the Court grant this motion, as well as such other and futher relief as may be just and proper

I declare under penalty or purjury that the fore-going is true and correct

*[signature]*

538 Rockaway ave #2
Brooklyn ny 11207